IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

| | |
|---|---|
| SHANE SWIFT, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED, | : : : : |
| Plaintiff, | : CIVIL ACTION : FILE NO. 1:10-CV-00090-SPM-GRJ : |
| v. | : : |
| BANCORPSOUTH, INC.,[1] | : : |
| Defendant. | : |

### NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC SERVICE

Please take notice that Darren E. Gaynor, Esq. of the law firm of Parker, Hudson, Rainer & Dobbs LLP, 285 Peachtree Center Avenue, 1500 Marquis Two Tower, Atlanta, Georgia 30303, enters his appearance in the above-entitled action as counsel for Defendant BancorpSouth Bank, and requests that the Court send him CM/ECF notices via electronic means at the following e-mail address:

Darren E. Gaynor: dgaynor@phrd.com; lmckinzie@phrd.com

---

[1] BancorpSouth, Inc. is not a proper defendant in this matter. Counsel for Swift and BancorpSouth Bank discussed the proper BancorpSouth entity to name in this matter in 2010, and Swift properly identified the defendant herein as BancorpSouth Bank in his Second Amended Complaint (MDL Doc. 994).

Respectfully submitted this 19th day of February, 2014.

        **PARKER, HUDSON, RAINER & DOBBS LLP**

        */s/ Darren E. Gaynor*
        Darren E. Gaynor
        Georgia Bar No. 288210
        dgaynor@phrd.com

        1500 Marquis Two Tower
        285 Peachtree Center Avenue N.E.
        Atlanta, Georgia 30303
        Telephone: (404) 523-5300
        Facsimile: (404) 522-8409

        *Counsel for Defendant BancorpSouth Bank*

## CERTIFICATE OF SERVICE

I hereby certify that I have this day caused the foregoing **NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC SERVICE** to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel who have appeared and are entitled to receive service.

This 19th day of February, 2014.

                                      /s/ *Darren E. Gaynor*
                                      Darren E. Gaynor

3203901_1