UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

CASE NO. 1:10-CV-90-SPM-GRJ

SHANE SWIFT, on Behalf of Himself and
All Others Similarly Situated,

    Plaintiff,

    vs.

BANCORPSOUTH BANK,

    Defendant.

## NOTICE OF APPEARANCE AND REQUEST FOR ELECTONIC SERVICE

Please take notice that Darren T. Kaplan, Esq. of the law firm of Chitwood Harley Harnes LLP 1230 Peachtree Street, 2300 Promenade II, Atlanta, Georgia 30309 enters his appearance in the above-entitled action on behalf of Plaintiff Shane Swift and the Certified Class and requests that the Court send him CM/ECF notices via electronic means at the following e-mail address(es):

Darren T. Kaplan dkaplan@chitwoodlaw.com; lsmith@chitwoodlaw.com

Dated: September 8, 2014

    Respectfully Submitted,

    */s/ Darren T. Kaplan*
    Darren T. Kaplan
    Georgia Bar No.: 172670
    dkaplan@chitwoodlaw.com
    **CHITWOOD HARLEY HARNES, LLP**
    2300 Promenade II
    1230 Peachtree Street, N.E.
    Atlanta, GA 30309
    Telephone: (404) 873-3900
    Facsimile: (404) 876-4476

# CERTIFICATE OF SERVICE

I hereby certify that on September 8, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Darren T. Kaplan*
Darren T. Kaplan
Georgia Bar No.: 172670